UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CORY J. SUMMERS, as Personal Representative for the Estate of JAMES SUMMERS, deceased, | ) ) ) ) |
| Plaintiff, | ) ) ) Case no.: |
| v. | ) ) |
| CROSSROADS GALVANIZING, LLC, | ) ) ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant Crossroads Galvanizing, LLC, by counsel, gives notice of removal of this matter to the United States District Court for the Northern District of Indiana, Lafayette Division and from the Tippecanoe Superior Court, as provided by 28 U.S.C. § 1441 and 1446. In support of this Notice, the Defendant states:

1. The Plaintiff filed its Complaint on October 18, 2021, less than 30 days ago.

2. This Court has original jurisdiction over the Plaintiff's claims pursuant to 28 U.S.C. § 1332. Plaintiff Cory J. Summers is a natural person and is a citizen of Indiana. Defendant Crossroads Galvanizing, LLC, as a limited liability company, takes the citizenship of all of its members.

3. Crossroads has two members: Heather A. Johnson Irrevocable Trust dated December 27, 2011 and Jason M. Monnig Revocable Trust dated December 27, 2011. Depending on the circumstances, a trust takes the citizenship of its trustees, its beneficiaries, or both. The trustees of both trusts are Fred W. Korte, Jr. and Travis Hundley, both citizens of Missouri. The sole beneficiaries of the trusts are Heather A. Johnson and her descendants, and Jason M.

Monnig and his descendants, respectively. Both Mr. Monnig and Ms. Johnson and all of their descendants are citizens of Missouri.

4. The amount in controversy exceeds $75,000. Plaintiff's claim is for wrongful death, and specifically references Indiana Code § 34-23-1-2. Plaintiff has demanded "all damages available" under that statute, which allows a non-dependent surviving child to recover up to $300,000 for loss of love and companionship, among other elements of damage. While Defendant denies any liability to Plaintiff, the Plaintiff's specific allegations, the terms of the statute, and the general nature of wrongful death claims establish the amount in controversy.

5. Copies of all process and pleadings are filed with this notice as Exhibit A.

6. Defendant will give written notice to the Plaintiff of the filing of this Notice as required by 28 U.S.C. § 1446(d).

7. A copy of this Notice will be filed with the Clerk of the Tippecanoe Superior Court of the State of Indiana as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that this action proceed in this Court as an action properly removed to it.

Respectfully submitted,

MEILS THOMPSON DIETZ & DAVIS

By: */s/ John W. Mervilde*
John W. Mervilde (#21738-49)
Neil A. Davis (#19318-49)
Attorneys for Defendant, Crossroads Galvanizing, LLC

## CERTIFICATE OF SERVICE

I certify that on November 17, 2021, I electronically filed this document via the Court's ECF system and served this notice upon:

William N. Riley
Matthew B. Keyes
Sundeep Singh
RILEY CATE, LLC
wriley@rileycate.com
mkeyes@rileycate.com
ssingh@rileycate.com



/s/ John W. Mervilde

John W. Mervilde
Neil A. Davis
MEILS THOMPSON DIETZ & DAVIS
251 East Ohio Street, Suite 830
Indianapolis, IN 46204
317/637-1383