AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CORY J. SUMMERS
*as Personal Representative for the estate of,* James Summers, deceased

    Plaintiff

  v.

                                              Civil Action No. 4:21-cv-74

CROSSROADS GALVANIZING, LLC

    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITH PREJUDICE for failure to state a claim in light of the exclusive remedy provision of the Indiana Worker's Compensation Act, Ind. Code § 22-3-2-6.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P Simon on Motion to Dismiss as to the Second Amended Complaint.

DATE: 10/27/2023                           CHANDA J. BERTA, CLERK OF COURT

                                                              by  s/A. Highlen_____
                                                              *Signature of Clerk or Deputy Clerk*